| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
May 26, 2016
David J. Bradley, Clerk

Castleton Commodities Shipping Co. PTE. Ltd., §
§
      Plaintiff, §
§
versus §    Civil Action H-16-1472
§
HSL Shipping & Logistics (NA), Inc., et al., §
§
      Defendants, §
§
Tricon Energy Ltd., §
§
      Garnishee. §

## Order of Garnishment

On its application, Castleton Commodities Shipping Co. is allowed a pre-judgment garnishment against Tricon Energy Ltd. for up to $12,060,232.00 in debts or to effects of HSL Shipping & Logistics (NA) Inc., and Hudson Shipping Lines, Inc., (Liberia).

Signed May 26, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge