| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 19, 2016
David J. Bradley, Clerk

Castleton Commodities §
Shipping Co. Pte. Ltd., §
§
    Plaintiff, §
§
versus § Civil Action H-16-1472
§
HSL Shipping & Logistics (NA), Inc., et al., §
§
    Defendants. §

## Final Dismissal

Castleton Commodities Shipping Co. Pte. Ltd., was issued an arbitration award against HSL Shipping & Logistics (NA), Inc. It is seeking to enforce the award by seizing property of a related but distinct company – Hudson Shipping Lines, Inc. (Liberia).

In a parallel suit – *Castleton Commodities Shipping Co. Pte Ltd. v. HSL Shipping & Logistics (NA), Inc.* – in the Eastern District of Louisiana, the court dismissed the case for want of jurisdiction. The case is about construction and financing contracts, not operations.

The parties and claims are identical. This case is dismissed for want of jurisdiction.

Signed on September 19, 2016, at Houston, Texas.

                                      Lynn N. Hughes
                              United States District Judge