UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 21, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Castleton Commodities Shipping Co. Pte. Ltd., | § § § § § | |
| Plaintiff, | § | |
| versus | § § | Civil Action H-16-1472 |
| HSL Shipping & Logistics (NA), Inc., et al., | § § § | |
| Defendants. | § | |

## Order on Stay

This case is stayed pending a decision on appeal. (69)

Signed on September 21, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge